No. 00–1430. COSTNER *v.* ZMUDA ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1431. HUTCHINSON *v.* WEISS, PECK & GREER, L. L. C., ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–1432. METRO COMMUNICATIONS CO. *v.* AMERITECH CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–1433. CERMAK ET AL. *v.* NORTON, SECRETARY OF THE INTERIOR. C. A. Fed. Cir. Certiorari denied.

No. 00–1437. JONAS *v.* TALLEY. C. A. 4th Cir. Certiorari denied.

No. 00–1440. WRIGHT *v.* REA, CHAIR, OREGON BOARD OF PAROLE AND POST-PRISON SUPERVISION. C. A. 9th Cir. Certiorari denied.

No. 00–1443. GONZALEZ DUARTE ET AL. *v.* APONTE FIGUEROA ET AL. Sup. Ct. P. R. Certiorari denied.

No. 00–1444. ABOU-SAKHER *v.* MCCOY ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–1445. GRINE ET AL. *v.* COOMBS ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–1449. AG SERVICES OF AMERICA, INC. *v.* NIELSEN. C. A. 10th Cir. Certiorari denied.

No. 00–1453. DESAIGOUDAR, TRUSTEE OF THE CHAN DESAIGOUDAR FOUNDATION *v.* MEYERCORD ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1455. WOOD *v.* QUINN, SECRETARY OF THE VIRGINIA BOARD OF ELECTIONS. C. A. 4th Cir. Certiorari denied.

No. 00–1463. LIGON *v.* BARTIS. Ct. App. Ga. Certiorari denied.